IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MACHIAVELLI FARRAKHAN SIBERIUS,

  Plaintiff,

v.

AMERICAN MILITARY UNIVERSITY &
AMERICAN PUBLIC UNIVERSITY
SYSTEMS, PRESSLEY RIDGE, AND
WEST VIRGINIA DEPARTMENT OF
EDUCATION,

  Defendants.

CIVIL ACTION NO. 2:18-cv-01125
Wood County Civil Action No.: 18-C-153
(Removed from the Circuit Court of Wood County)

**CONSENT TO REMOVAL**

  I, J. Victor Flanagan, Esquire, acting as legal counsel for the West Virginia Department of Education, in the above action, hereby consent to the removal of this case from the Circuit Court of Wood County, Civil Action No. 18-C-153, to the United States District Court for the Southern District of West Virginia, Charleston Division.

          Respectfully Submitted,

          */s/ J. Victor Flanagan*

          J. Victor Flanagan (WV ID# 5254)
          PULLIN, FOWLER, FLANAGAN,
          BROWN AND POE PLLC
          901 Quarrier Street, James Mark Building
          Charleston, West Virginia 25301
          (304) 344-0100
          (304) 342-1545 facsimile
          vflanagan@pffwv.com